# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WEI ZHANG, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-25-1301-PRW |
| PAMELA BONDI et al., | ) ) ) |
| Respondents. | ) ) |

## ORDER

Currently before the Court is Petitioner's Motion and Affidavit for Waiver of the Local Counsel Requirement for this case. *See* ECF Nos. 6 and 8. The Court notes that Mr. Ratkowski is properly registered in the Court's Electronic Case Filing System, was admitted to the Western District of Oklahoma on October 15, 2025, and has filed an entry of appearance, consistent with Local Civil Rule 83.4.

Having certified that counsel is familiar with this Court's local rules and has litigated a number of immigration habeas cases, the Court excuses counsel from this requirement. *See* LCvR83.3(c). The Motion **(ECF No. 6)** is **GRANTED**.

**IT IS SO ORDERED** on November 6, 2025.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE