IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WEI ZHANG, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-25-1301-PRW |
| | ) |
| SCARLET GRANT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, the Petition for Writ of Habeas Corpus is **DENIED**. This judgment fully and finally resolves all claims and terminates this civil action.

**ENTERED** this 3rd day of February 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE